1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10   JESSICA LITTLEJOHN, on behalf of     )   Case No. 3:18-cv-00658-AJB-WVG
     herself, all others similarly situated, and )
11   the general public,                  )
                                          )
12                        Plaintiff,       )   **ORDER GRANTING JOINT**
                                          )   **MOTION TO SUBSTITUTE**
13            v.                           )   **PARTY AND SET SCHEDULE**
                                          )   **FOR AMENDED COMPLAINT**
14   NESTLE USA, INC., a Delaware          )   **(L. Civ. R. 7.2)**
     Corporation,                          )
15                                         )
                                          )
                         Defendant.        )
16   _____    )

17

18

19

20

21

22

23

24

Before the Court is a Joint Motion to Substitute Party and Set Schedule for Amended Complaint.  Plaintiff and Ferrara Candy Company ("Ferrara") stipulate that:

1.      Ferrara shall be substituted as defendant in place of Nestlé USA, Inc. in this action.

2.      Plaintiff shall file an amended complaint within 30 days hereof.

3.      Ferrara shall respond to the amended complaint within 30 days of its filing.

Good cause appearing, the Court GRANTS the Joint Motion to Substitute Party and Set Schedule for Amended Complaint.

IT IS SO ORDERED.

Dated:  June 7, 2018

Hon. Anthony J. Battaglia
United States District Judge