**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
TANIA BABAIE (SBN 320417)
*tania@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LITTLEJOHN, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>FERRARA CANDY COMPANY, an Illinois Corporation,<br><br>Defendant. | Case No. 3:18-cv-00658-AJB-WVG<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   February 28, 2019<br>Time:   2:00 p.m.<br>Ctrm:   4A (4th Floor Schwartz)<br>Judge:  Hon. Anthony J. Battaglia |

-1-

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT,** on February 28, 2019 at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 4A of the United States District Court for the Southern District of California located at 221 W. Broadway, San Diego, California 92101, before the Honorable Anthony J. Battaglia, presiding, Plaintiff Jessica Littlejohn ("Plaintiff") and Defendant Ferrara Candy Company ("Defendant") (collectively the "Parties") will and hereby do jointly move the Court, pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(2), 23(b)(3), and 23(e), for an Order (1) Granting Preliminary Approval of Class Action Settlement; (2) Certifying a Settlement Class; (3) Appointing Plaintiff as Class Representative and Plaintiff's Attorneys as Class Counsel; (4) Approving the Notice Plan; and (5) Setting the Final Approval Hearing and Schedule.

The Settlement Class that the Parties seek to certify is defined as follows:

All United States consumers who purchased SweeTARTS® Products, including those listed below, for household or personal use and not for resale, from January 1, 2012 until the Class is certified:

- SweeTARTS Original
- SweeTARTS Mini Chewy
- SweeTARTS Giant Chewy
- SweeTARTS Chews
- SweeTARTS Extreme Sour Chewy
- SweeTARTS Chewy Sours
- SweeTARTS Sour Gummies
- SweeTARTS Gummies
- SweeTARTS Whipped & Tangy
- SweeTARTS Cherry Punch Soft & Chewy Ropes
- SweeTARTS Tangy Strawberry Soft & Chewy Ropes
- SweeTARTS Jelly Beans

Excluded from the Class are (1) any judicial officer presiding over *Littlejohn*; (2) the Defendant, Defendant's subsidiaries, parent companies, successors, predecessors, and any entity in which the Defendant or its parents have a controlling interest and their current or former officers, directors, and employees; (3) legal representatives, successors or assigns of any such excluded person; and (4) persons who properly execute and file a timely request for exclusion.

This Joint Motion is based on this Notice of Motion, Plaintiff's concurrently-filed Memorandum of Points and Authorities in Support of Joint Motion for Preliminary Approval of Class Action Settlement, the concurrently-filed Declaration of Ronald A. Marron in Support of Joint Motion for Preliminary Approval of Class Action Settlement and Exhibits 1 and 2 attached thereto, all prior pleadings and proceedings in this matter, and all other evidence and written and oral argument that will be submitted in support of the Motion.

Dated: December 21, 2018          Respectfully Submitted,


                                  */s/ Ronald A. Marron*
                                  RONALD A. MARRON

                                  **LAW OFFICES OF
                                  RONALD A. MARRON**
                                  Ronald A. Marron
                                  *ron@consumersadvocates.com*
                                  Michael T. Houchin
                                  *mike@consumersadvocates.com*
                                  651 Arroyo Drive
                                  San Diego, CA 92103
                                  Telephone: (619) 696-9006
                                  Facsimile: (619) 564-6665
                                  ***Counsel for Plaintiff and the
                                  Proposed Class***

Dated: December 21, 2018          Respectfully Submitted,


*/s/ Neal A. Potischman*
Neal A. Potischman

**DAVIS POLK & WARDWELL LLP**
Neal A. Potischman
*neal.potischman@davispolk.com*
Arif H. Dhilla
*arif.dhilla@davispolk.com*
Kelley B. Harrington
*kelley.harrington@davispolk.com*
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
***Counsel for Defendant Ferrara Candy Company***

-3-

*Littlejohn v. Ferrara Candy Company,* Case No. 3:18-cv-00658-AJB-WVG
NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT