1  DAVID GREENSTEIN

2  17639 Sherman Way A-35

3  Van Nuys, Ca. 91406

4  Phone 818-570-5660

5  Fax 818-337-3076

   Objector pro se.

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11                                    │ Case No. 3:18-cv-00658-AJB-

12

13  Jessica Littlejohn, on behalf of herself, all   │ REQUEST TO ALL LATE OPPOSITION TO
    others similarly situated, and the general      │ CLASS SETTLEMENT; AND  TO RESET
14  public,                                         │ FINAL HEARING.

15  Plaintiff

16
                                                    │ Hearing: May 31, 2019
17  VS.

18
    Ferrara Cando Company, an Illinois              │ United States Courthouse
19  Corporation,                                    │ 221 West Broadway
                                                    │ San Diego, CA 92101
20  Defendant.

21
                                                    │ Ctrm: 4A (4th Floor Schwartz)
22

23
                                                    │ 2:00 pm
24

25
                                                    │ Judge: Hon. Anthony J. Battaglia
26

27

28

**FILED**

May 13 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ annettec        DEPUTY

NUNC PRO TUNC
May 10 2019

**I WILL NOT ATTEND THE HEARING AS I HAVE BOTH A HEARING DISABILITY AND SERIOUS PERIPHERAL NEUROPATHY IN BOTH LEGS MAKING WALKING VERY PAINFUL UNTIL I GET SURGERY.**

This Opposition is late since despite the alleged notices, I never heard about the settlement.

I am asking this court to allow the filing of my late objection. Such allowance is within the power of this court to reset dates in the interest of Justice and in fairness to the class members I ask this court to at least read my objections before ruling to confirm they are not patently without merit. This court is the ultimate protector of class members.

I am a class member since I purchased many of the listed products within the class period (being a sugar junkie).

This is the second time in my life I have objected to a Class Action settlement.

I am not looking to extort the plaintiff/counsel, I am seeking what the plaintiff should be pushing for and asked for in her complaint: Restitution to Class members.

I believe in the has the inherent power, when in the interests of fairness and justice, my objections may be considered, as no harm will come to defendant by this court considering my objections on their merits.

I    I ask the court to reset the final hearing to allow plaintiff to meet my objections.

## REASONS FOR MY OPPOSITION

1, The court has no jurisdiction in this matter as there are no facts upon which to base the allegation that the class suffered damages in an amount in excess of $5,000,000. (FACm Page 1, Lines 9-10).

2, There is no benefit to the class members as asked for in the FAC. The FAC is replete with allegations that the class members suffered monetary damages in excess of $75,000, as a result of the actions (Example, FAC Page 20, Lines 24-28)

3. There is a conflict between the nominal plaintiff and the class.

The nominal plaintiff is seeking $3,000.00 as an incentive award for doing what? Nominal plaintiff did not have her deposition taken, nor did she have to respond to discovery, etc. In reality, all she did was probably sign papers retaining counsel, the consultation and signing might have reasonably taken a maximum of three (3) hours. For this, she gets $1,000 per hour. Is this fair, reasonable to the class members who get nothing?

A quick settlement now, rather than to pushfor the class members to get restitution for the damages the FAC alleges they suffered, is clearly to the benefit of the nominal plaintiff and counsel. This in fact, restitution is asked for in the Prayer of the complaint.[1] Restitution could run into the millions of dollars.

_____

[1]
FAC. Page 25, item I, Lines 13-15, which asks for, "An order requiring Defendant to pay restitution and damages to Plaintiff and Class members so that they may be

It now seems, nominal plaintiff and her counsel are willing to throw the class members "under the bus," for a quick settlement, and cash-in-hand, almost three-quarters of a million dollars for counsel and $3,000 for the nominal plaintiff.

4. The damages suffered by the class members is not a side issue as shown by how many times they are mentioned in the complaint. As to the injunction, defendant is only doing what it should, and possibly what could have been accomplished by a letter with test results to a state and/or federal regulatory agency.

## WHY THE CHANGE OF HEART BY "PLAINTIFF"?

In the original complaint and the FAC, a very strong case was set out for both the damages suffered by class members, and the liability. Nominal plaintiff and her attorneys seemed ready to go the course for the class members. So why the change of heart?

The record is devoid of any new facts or law, in the short time between the filing of the FAC and the settlement that would merit a 180 degree turnaround from a Gung Ho plaintiff to a "Let's settle now and get money in our hands," not money for the class members, other than a whopping $3,000 for the nominal plaintiff, and around three-quarter million dollar windfall for the attorney.

Respectfully, this court would not be doing service to the unnamed class members if it were to approve pro forma, the settlement as it stands, without a good reason shown for leaving the unnamed class members with empty hands, especially after the nominal plaintiff plead so

---

restored any money which was acquired by means of any unfair, deceptive, unconscionable or negligent acts."

eloquently about the damages suffered by them.

Respectfully submitted,

s/s *DAVID GREENSTEIN*

DAVID GREENSTEIN

## **VERIFICATION**

I David Greenstein, declare and say:

If called as a witness, I could and would testify to the facts I state above, and to those facts, I declare them to be true and correct. As to my argument/rhetoric, I declare it to be my honest and sincere feelings and opinions.

s/s *DAVID GREENSTEIN*

David Greenstein              4/13/2019

# PROOF OF SERVICE BY MAIL

I am a resident of the county of Los Angeles, state of California and over the age of 18 and not a party to the within action.

My business address is 17639 Sherman Way A-35, Van Nuys, Calif. 91406

On April 15, 2019, I served the foregoing document(s) described as

LATE OPPOSITION TO CLASS SETTLEMENT; AND REQUEST TO RESET FINAL HEA

on the interested parties in this action by sending a copy by email attachment and USPS First Class mail, fully prepaid postage, to

**LAW OFFICES OF RONALD A. MARRON**

651 Arroyo Drive
San Diego, California 92103

Signed under penalty of perjury on 4/ 15 /2019, at Los Angeles County California,

Laurel Belkin