**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LITTLEJOHN, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>FERRARA CANDY COMPANY, an Illinois Corporation,<br><br>Defendant. | Case No. 3:18-cv-00658-AJB-WVG<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  May 31, 2019<br>Time:  2:00 p.m.<br>Ctrm:  4A (4th Floor Schwartz)<br>Judge: Hon. Anthony J. Battaglia |

-1-

*Littlejohn v. Ferrara Candy Company,* Case No. 3:18-cv-00658-AJB-WVG
NOTICE OF MOTION AND JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT,** on May 31, 2019 at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 4A of the United States District Court for the Southern District of California located at 221 W. Broadway, San Diego, California 92101, before the Honorable Anthony J. Battaglia, presiding, Plaintiff Jessica Littlejohn ("Plaintiff") and Defendant Ferrara Candy Company ("Defendant") (collectively the "Parties") will and hereby do jointly move the Court, pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(2), 23(b)(3), and 23(e), for an Order (1) Granting Final Approval of Class Action Settlement; (2) Certifying a Settlement Class; (3) Appointing Plaintiff as Class Representative and Plaintiff's Attorneys as Class Counsel; (4) Finding that the Notice was the best practicable notice under the circumstances and satisfied all constitutional and other requirements; and (5) Dismissing the Action pursuant to the terms and conditions of the Settlement Agreement.

The Settlement Class that the Parties seek to certify is defined as follows:

All United States consumers who purchased SweeTARTS® Products, including those listed below, for household or personal use and not for resale, from January 1, 2012 until the Class is certified:

- SweeTARTS Original
- SweeTARTS Mini Chewy
- SweeTARTS Giant Chewy
- SweeTARTS Chews
- SweeTARTS Extreme Sour Chewy
- SweeTARTS Chewy Sours
- SweeTARTS Sour Gummies
- SweeTARTS Gummies
- SweeTARTS Whipped & Tangy
- SweeTARTS Cherry Punch Soft & Chewy Ropes

- SweeTARTS Tangy Strawberry Soft & Chewy Ropes
- SweeTARTS Jelly Beans

Excluded from the Class are (1) any judicial officer presiding over *Littlejohn*; (2) the Defendant, Defendant's subsidiaries, parent companies, successors, predecessors, and any entity in which the Defendant or its parents have a controlling interest and their current or former officers, directors, and employees; (3) legal representatives, successors or assigns of any such excluded person; and (4) persons who properly execute and file a timely request for exclusion.

This Joint Motion is based on this Notice of Motion, Plaintiff's concurrently-filed Memorandum of Points and Authorities in Support of Joint Motion for Final Approval of Class Action Settlement, the concurrently-filed Declaration of Ronald A. Marron in Support of Joint Motion for Final Approval of Class Action Settlement and Exhibits 1 and 2 attached thereto, the concurrently-filed Declaration of Gajan Retnasaba and Exhibits A through F attached thereto, all prior pleadings and proceedings in this matter, and all other evidence and written and oral argument that will be submitted in support of the Motion.

Dated: May 17, 2019                    Respectfully Submitted,


*/s/ Ronald A. Marron*
RONALD A. MARRON

**LAW OFFICES OF
RONALD A. MARRON**
Ronald A. Marron
*ron@consumersadvocates.com*
Michael T. Houchin
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006

-2-

*Littlejohn v. Ferrara Candy Company,* Case No. 3:18-cv-00658-AJB-WVG
NOTICE OF MOTION AND JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

| | |
|---|---|
| | Facsimile: (619) 564-6665 |
| | ***Counsel for Plaintiff and the Class*** |
| Dated: May 17, 2019 | Respectfully Submitted, |
| | <u>*/s/ Neal A. Potischman*</u> |
| | Neal A. Potischman |
| | **DAVIS POLK & WARDWELL LLP** |
| | Neal A. Potischman |
| | *neal.potischman@davispolk.com* |
| | Kelley B. Harrington |
| | *kelley.harrington@davispolk.com* |
| | 1600 El Camino Real |
| | Menlo Park, California 94025 |
| | Telephone: (650) 752-2000 |
| | Facsimile: (650) 752-2111 |
| | ***Counsel for Defendant Ferrara Candy Company*** |

-3-

*Littlejohn v. Ferrara Candy Company,* Case No. 3:18-cv-00658-AJB-WVG
NOTICE OF MOTION AND JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT